IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Acknowledged.
TWP
3/22/2024

| | |
|---|---|
| KELLY SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| REVLON, INC., *et al.* | ) |
| | ) |
| Defendants. | ) |

Cause No.: 1:24-cv-00497-TWP-MKK

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Kelly Scott, by counsel and pursuant to Rule 41(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the present action WITHOUT PREJUDICE. Plaintiff states that no opposing party has served an answer or motion for summary judgment and that, per Rule 41, this dismissal shall require no further order of the Court and shall be effective upon filing.

Respectfully submitted,

**SMID LAW, LLC**

/s/ *Michael J. Bruzzese*
Michael J. Bruzzese   (33756-49)
12115 Visionary Way, Suite 174
Fishers, IN 46038
PH: (773) 350-9828
mbruzzese@smidlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on March 21, 2024 a true and correct copy of the foregoing *Notice* was filed with the Clerk of Court *via* the Court's CM/ECF filing system and served upon all counsel who have appeared in this matter including:

Kelly Milam
GORDON REES SCULLY MANSUKHANI, LLP
kmilam@grsm.com

                                                        *Michael J. Bruzzese*